## GRINTER *v.* COMPTON *et al.*

COPE, J. delivered the opinion of the Court—BALDWIN, J. concurring.

The record in this case presents the same questions that were involved in *Hicks* v. *Compton*, recently decided.

Judgment reversed and cause remanded for a new trial.